**Harry P. HOLMES v. UNITED STATES of America.**

Nos. 5338, 5467–5469.

Circuit Court of Appeals, Sixth Circuit.

Jan. 10, 1930.

Edward T. Dixon, of Cincinnati, Ohio, and Wertz & Breitenstein, of Cleveland, Ohio, for appellant.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court affirmed.

**IMPERIAL OIL MARKETING CO. et al., Appellants, v. Luella FORREST et al.**

No. 8824.

Circuit Court of Appeals, Eighth Circuit.

March 31, 1930.

L. H. Southmayd and J. S. Brooks, both of El Dorado, Ark., for appellants.

J. R. Wilson, of El Dorado, Ark., for appellees.

PER CURIAM.

Appeal dismissed with costs, pursuant to stipulation of parties.

**Leonard D. INGRAM et al. v. W. T. WISDOM et al.**

No. 151.

Circuit Court of Appeals, Tenth Circuit.

Aug. 26, 1929.

Charles A. Chandler, of Muskogee, Okl., for appellants.

Bower Broaddus, of Muskogee, Okl., for appellees.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Dismissed August 26, 1929, on motion.

**INTERNATIONAL TRUST COMPANY, as Trustee, v. David B. SAUVE, as Trustee, et al.**

No. 225.

Circuit Court of Appeals, Tenth Circuit.

March 18, 1930.

Hughes & Dorsey, of Denver, Colo., for appellant.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed March 18, 1930, on stipulation.

**Clyde IRWIN and Earl Bushey, Plaintiffs in Error, v. UNITED STATES of America, Defendants in Error.**

No. 319.

Circuit Court of Appeals, Second Circuit.

May 5, 1930.

J. A. McNamara, of Burlington, Vt., for plaintiffs in error.

Harry B. Amey, U. S. Atty., of Burlington, Vt.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.